PROB 12A
(12/98)

# United States District Court

for

FEB 9 2007

## Southern District of Ohio

### Report on Offender Under Supervision

Name of Offender: **Anthony R Davis**                      Case Number: **1:02CR00076**

Name of Sentencing Judicial Officer:    **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence:    **August 8, 2003**

Original Offense:    **Interstate Transportation of Stolen Securities**

Original Sentence:    **33 months prison, 3 years supervised release**

Type of Supervision: **Supervised Release**    Date Supervision Commenced: **September 2, 2005**

Mr. Davis began his three year term of supervised release on September 2, 2005. He was court-ordered to pay restitution in the amount of $88,609.97. Mr. Davis has an outstanding balance of $87,784.97. Mr. Davis has been making payments based on an informal payment schedule, and on an inconsistent basis.

Mr. Davis's finances were reviewed on January 26, 2007. He currently resides with his girlfriend, and they share household expenses, averaging $2300 per month. In additional to household bills, Mr. Davis pays child support in the amount of $428 per month. Mr. Davis is employed through Metprotech, earning approximately $1000 per month. However, that employment is soon to end, and he is seeking other employment opportunities. Given his expenses and his income, it appears Mr. Davis is struggling financially each month. However, he informed this officer that he would have no problems paying $50 per month toward his restitution.

U.S. Probation Officer Action: **It is respectfully recommended that Mr. Davis be required to pay $50 per month toward his restitution. Should Your Honor concur, a payment schedule for court-ordered monetary penalties is attached to this report for signature. Should Your Honor have questions, or desires additional information, please contact this officer at 512-1470.**

Respectfully submitted,                      Approved,

by                                           by

**Kristin Keyer**                            **Daniel J. Kilgore**
U. S. Probation Officer                       Supervising U. S. Probation Officer
Date:    **February 6, 2007**               Date:    **February 6, 2007**



[X]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

_2/12/07_____
Date