PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Anthony R Davis** | Case Number: **CR-1-02-076** |
| Name of Sentencing Judicial Officer: | **The Honorable Susan J. Dlott**<br>**United States District Judge** | |
| Date of Original Sentence: | **August 8, 2003** | |
| Original Offense: | **Interstate Transportation of Stolen Securities, in violation of 18 U.S.C. § 2314, a Class C felony.** | |
| Original Sentence: | **33 month(s) prison, 36 month(s) supervised release** | |
| Type of Supervision: **Supervised Release** | Date Supervision Commenced: **September 2, 2005** | |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

**Special Condition:** "The defendant shall pay a restitution in the amount of $88,609.97"

During his term of supervised release, Mr. Davis paid $2,150.00 toward his restitution of $88,609.97. Mr. Davis' remaining balance is $86,459.97.

**U.S. Probation Officer Action:**

On February 12, 2007, the Court ordered Anthony Davis to submit payments of $50.00 per month toward his restitution. On August 12, 2008, Mr. Davis signed a consent agreement whereby he acknowledged that he understands that the U.S. Attorney's Office has 20 years to collect his restitution. Mr. Davis also completed a current financial affidavit for the U.S. Attorney's Office. This officer has notified the Financial Litigation Unit of the U.S. Attorney's Office of the offender's scheduled termination from supervised release. This officer has also provided the U.S. Attorney's Office with the offender's address and phone number.

Although Mr. Davis has not always been consistent in submitting payments of $50.00 per month, his total payment of $2150.00 has averaged $59.00 per month over the past 36 months. Mr. Davis is currently employed as a supervisor for MPW Industrial Services. A record check through Franklin County Municipal Court and Licking County Municipal Court, as well as a national record check confirmed that the offender has not committed any law violations while under supervision.

Anthony Davis' term of supervised release terminates on September 1, 2008. Pursuant to 18 U.S.C. §3583 (b)(2), the maximum term of supervised release for the offender's conviction is three (3) years. Although Mr. Davis has only paid $2,150.00 toward his restitution, he appears to have made a good faith effort to make payments toward the financial obligation. Consequently, this officer recommends that the offender be permitted to have his supervised release terminate as scheduled.

PROB 12A
(12/98)

2

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]*<br>**Charles R. Mosher**<br>U. S. Probation Officer<br>Date:  **August 12, 2008** | by | *[signature]*<br>**Robert E. Cronin**<br>Supervising U. S. Probation Officer<br>Date:  **August 12, 2008** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

8/19/08
Date